

IN THE UNITED STATES BANKRUPTCY COURT

NEW JERSEY

IN PROCEEDINGS:

2211992

DEBTOR(S):

SYLVIA COLLYMORE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $334.67

CREDITOR'S SIGNATURE:

/s/ Javyn Butler

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/28/2022