UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
**Sylvia Collymore**

Case No.: **22-11992**

Chapter: **13**

Judge: **VFP**

## AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the list or schedule(s) to be amended:

☐ Schedule D - Creditors Holding Secured Claims

☐ Schedule H - Codebtors

☐ Schedule E - Creditors Holding Unsecured Priority Claims

☑ List of Creditors (Matrix)

☐ Schedule F - Creditors Holding Unsecured Claims

☐ Schedule G - Executory Contracts and Unexpired Leases

**IMPORTANT:** Pursuant to D.N.J. LBR 1007-1, the mailing list must be updated when an amendment to Schedule D, E, F, G, or H is filed. Accordingly, there is a fee to amend any of the above schedules. There is no fee due if the nature of the amendment is to add or change the address of a previously listed creditor.

The list or schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

**Discover Bank, N.A. (FDIC)**
**502 E. Market Street**
**Greenwood, DE 19950**

**Discover Bank Corporate HQ**
**6500 New Albany Rd.**
**New Albany, OH 43054**

**Selip & Stylianou**
**10 Forest Avenue**
**Suite 300**
**POB 914**
**Paramus, NJ 07653-0914**

*rev. 8/1/15*

**Selip & Stylianou**
**199 Crossways Park Drive**
**P.O. Box 9004**
**Woodbury, NY 11797**

I certify under penalty of perjury that the above information is correct:

Date:    **April 10, 2022**              Debtor's signature:    **/s/ Sylvia Collymore**

* Schedules D, E, F, G or H and the List of Creditors may be amended simultaneously, thereby incurring only one $31fee.

*rev. 8/1/15*