| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br><br>Virginia E. Fortunato, Esq. - VEF-0787<br>Attorney for Debtor, Sylvia Collymore | |
| In Re:<br><br>SYLVIA COLLYMORE,<br><br>Debtor. | Case No.: 22-11922/VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors*.

Party's name/type:    JC Penney Corporate Headquarters, creditor
(Example: John Smith, creditor)

    Old address:    6501 Legacy Drive

                     Plano, TX 75024-4161


    New address:    2401 S Stemmons Freeway - Suite 4000

                     Lewisville, TX 75067-8797


    New phone no.:_____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  April 11, 2022           /s/ Virginia E. Fortunato
                                           Signature

*rev.8/1/15*