UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777

Virginia E. Fortunato, Esq. - VEF-0787
Attorney for Debtor, Sylvia Collymore

In Re:

SYLVIA COLLYMORE,

      Debtor.

Case No.: 22-11922/VFP

Chapter: 13

Judge: Vincent F. Papalia

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors*.

Party's name/type: American Anesthesiology of New Jersey, creditor
(Example: John Smith, creditor)

    Old address: 22 Old Short Hills Rd STE 112
                    Livingston, NJ 07039-5607

    New address: P.O. Box 8488
                    Piscataway, NJ 08855-8005

New phone no.: _____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: April 11, 2022        /s/ Virginia E. Fortunato
                                  Signature

*rev.8/1/15*