---

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kindekamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br>Virginia E. Fortunato, Esq. - VEF-0787<br>Attorney for Debtor, Sylvia Collymore | |
|---|---|
| In Re:<br><br>SYLVIA COLLYMORE,<br><br>Debtor. | Case No.: __22-11992/VFP__<br><br>Chapter: __13__<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: __Vincent F. Papalia__ |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

    ☑ represent the ____debtor____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __April 11, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    (a) Filed copy of Order Respecting Amendments to Schedule "F"; (b) Filed Copy of Amendments to Schedule "F"; and (c) Injunctive Order/341 Meeting Notice.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __April 11, 2022__          /s/ Virginia E. Fortunato, Esq.
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard - Suite 2100<br>Newark, New Jersey  07102 | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Maria Ann Greenberg, Esq.<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey  07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Discover Bank, N.A. (FDIC)<br>502 E. Market Street<br>Greenwood, Delaware  19950 | Unsecured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Discover Bank Corporate HQ<br>6500 New Albany Road<br>New Albany, Ohio  43054 | Unsecured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Selip & Sytianou<br>10 Forest Avenue<br>Suite 300<br>P.O. Box 914<br>Paramus, New Jersey   07653-0914 | Attorneys for Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Selip & Stylianou<br>199 Crossways Park Drive<br>P.O. Box 9004<br>Woodbury, New York   11797 | Attorneys for Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ms. Sylvia Collymore<br>36 Dodd Street<br>East Orange, New Jersey   07017 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |