**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Chapter:     13
Case No:    2211992

In re:        SYLVIA COLLYMORE

Account Number:  3639

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 11 filed on 04/27/2022 in the amount of $432.25 .

On this date 4/28/2022.

By:   /s/ Ciara M. Lawton
        Ciara M. Lawton
        Bankruptcy Representative
        PRA Receivables Management, LLC., as agent of
        Portfolio Recovery Associates LLC.
        POB 41067
        Norfolk, VA 23541
        E-mail: Bankruptcy_Info@prareceivables.com