Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  22−11992−VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sylvia Collymore
   aka Sylvia Tulloch, aka Sylvia A
   Collymore, aka Sylvia A Tulloch, aka
   Sylvia T Collymore
   36 Dodd Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−5279

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Virginia E. Fortunato the Debtor Attorney in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 6/6/22.

Discover Bank, N.A. (FDIC)
502 E. Market Street
Greenwood, DE 19950

Dated: June 7, 2022
JAN: dmc

                                              Jeanne Naughton
                                              Clerk