Form 226 − 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−11992−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sylvia Collymore
   aka Sylvia Tulloch, aka Sylvia A
   Collymore, aka Sylvia A Tulloch, aka
   Sylvia T Collymore
   36 Dodd Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−5279

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

   Please be advised that Virginia E. Fortunato the Debtor Attorney in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 6/6/22.

Discover Bank, N.A. (FDIC)
502 E. Market Street
Greenwood, DE 19950


Dated: June 7, 2022
JAN: dmc

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-11992-VFP
Sylvia Collymore  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Jun 07, 2022     Form ID: 226     Total Noticed: 86

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sylvia Collymore, 36 Dodd Street, East Orange, NJ 07017-3418 |
| 519529279 | | American Anesthesiology of New Jersey, P.O. Box 8488, Piscataway, NJ 08855-8005 |
| 519529281 | + | Barclays Bank Delaware (FDIC), Headquarters, 125 South West Street, Wilmington, DE 19801-5014 |
| 519529282 | + | Barclays Bank Delaware Corporate, 125 South West Street, Wilmington, DE 19801-5014 |
| 519529283 | + | Capital One Bank (USA), NA (FDIC), 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519529284 | + | Capital One Bank Corporate Office, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 519553301 | + | Discover Bank Corporate HQ, 6500 New Albany Rd., New Albany, OH 43054-8730 |
| 519553300 | + | Discover Bank, N.A. (FDIC), 502 E. Market Street, Greenwood, DE 19950-9700 |
| 519529286 | + | East Orange General Hospital, 300 Central Avenue, East Orange, NJ 07018-2897 |
| 519529287 | + | East Orange General Hospital, Att: Quality Asset Recovery, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519529293 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Vanderbilt Motor Parkway, Commack, NY 11725-5710 |
| 519529291 | + | First American Acceptance, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 519529292 | + | First American Acceptance, 2 Industrial Way West, POB 500, Eatontown, NJ 07724-0500 |
| 519529296 | + | Great Seneca Financial Corp., 700 King Farm Blvd., Suite 503,, Rockville, MD 20850-5736 |
| 519529295 | + | Great Seneca Financial Corp., c/o Eltman Law, PC, 101 Hudson Street, Suite 2702, Jersey City, NJ 07302-3929 |
| 519529298 | + | Great Seneca Financial Corp., POB 1651, Rockville, MD 20849-1651 |
| 519529299 | + | Harvest Credit Management, Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 519529300 | + | Harvest Credit Management, LLC, c/o Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, POB 914, Paramus, NJ 07653-0914 |
| 519529302 | + | Harvest Credit Managment, 600 17TH St Ste 2800, Denver, CO 80202-5428 |
| 519529301 | + | Harvest Credit management, LLC, 1776 Lincoln Street, Suite 900, Denver, CO 80203-1026 |
| 519529303 | + | Hyat, Hayt & Landau, LLC, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519529308 | + | Imaging Consultant of Essex, 94 Old Short Hills Road, Livingston, NJ 07039-5672 |
| 519529311 | | JC Penney Corporate Headquarters, 2401 S Stemmons Freeway, Suite 4000, Lewisville, TX 75067-8797 |
| 519529309 | + | Jackson Capital Inc., Att: Martin Smith, Esq., 1119 Springfield Road, Union, NJ 07083-8148 |
| 519529312 | + | Louis J Collymore, 36 Dodd Street, East Orange, NJ 07017-3418 |
| 519529316 | + | Midfirst Bank, 501 Nw Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 519529317 | + | Midland Credit Manageme Corp. Office, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519529321 | + | Midland Mortgage Corp., Attn: Customer Service, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 519529329 | + | Online Collections, 209 West Washington Street, Charleston, WV 25302-2348 |
| 519529338 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 519529337 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519553303 | + | Selip & Stylianou, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 519553302 | | Selip & Stylianou, 10 Forest Avenue, Suite 300, POB 914, Paramus, NJ 07653-0914 |
| 519529347 | + | US Attorney for the District of NJ, Att: Civil Process, 970 Broad Street - 7th Floor, Newark, NJ 07102-2527 |
| 519529349 | + | Wells Fargo Bank Corporate Offices, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 519529350 | + | Wells Fargo Bank, N.A. (FDIC), 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 519565326 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Case 22-11992-VFP    Doc 43    Filed 06/09/22    Entered 06/10/22 00:11:09    Desc Imaged
                    Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 07, 2022 | Form ID: 226 | Total Noticed: 86 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519529280 | ^ MEBN | Jun 07 2022 20:39:38 | American Anesthesiology of New Jersey, POB 88087, Chicago, IL 60680-1087 |
| 519583580 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 20:54:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519529285 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 07 2022 20:41:00 | Comenity Bank (FDIC), One Righter Parkway - Suite 100, Wilmington, DE 19803-1533 |
| 519529288 | ^ MEBN | Jun 07 2022 20:39:30 | Equifax, 1550 Peartree St. NW, Atlanta, GA 30309-2468 |
| 519529289 | ^ MEBN | Jun 07 2022 20:38:32 | Experian, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 519529290 | Email/Text: signed.order@pfwattorneys.com | Jun 07 2022 20:41:00 | First American Acceptance, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519529294 | Email/Text: fggbanko@fgny.com | Jun 07 2022 20:41:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519529304 | + Email/Text: Bankruptcy@ICSystem.com | Jun 07 2022 20:41:00 | IC System, Att: Bankruptcy, 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 519529305 | Email/Text: Bankruptcy@ICSystem.com | Jun 07 2022 20:41:00 | IC System Corporate Office, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 519529307 | + Email/Text: Bankruptcy@ICSystem.com | Jun 07 2022 20:41:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519529306 | + Email/Text: Bankruptcy@ICSystem.com | Jun 07 2022 20:41:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519529310 | Email/Text: signed.order@pfwattorneys.com | Jun 07 2022 20:41:00 | Jackson Capital Inc., c/o Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519529315 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 20:43:49 | LVNV Funding LLC, 9700 Bissonnet, Houston, TX 77036-8001 |
| 519529313 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 20:54:03 | LVNV Funding LLC, 55 Beattie Place - Suite 110, Greenville, SC 29601-5115 |
| 519533343 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 20:43:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519574009 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 07 2022 20:43:13 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519529320 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 07 2022 20:43:47 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519529319 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 07 2022 20:43:12 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519529323 | + Email/Text: bankruptcy@sccompanies.com | Jun 07 2022 20:42:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519529322 | + Email/Text: bankruptcy@sccompanies.com | Jun 07 2022 20:42:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519529324 | + Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 20:43:36 | Monogram Credit Card, 4125 Windward Plaza Drive, Alpharetta, GA 30005-8738 |
| 519529326 | + Email/Text: bankruptcy@sccompanies.com | Jun 07 2022 20:42:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | 53566-1364 |
| 519529325 | + Email/Text: bankruptcy@sccompanies.com | Jun 07 2022 20:42:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 519529327 | + Email/PDF: bankruptcy@ncfsi.com | Jun 07 2022 20:43:48 | New Century Financial Services, 110 S Jefferson Road - #104, Whippany, NJ 07981-1038 |
| 519529330 | + Email/Text: bankruptcy@onlineis.com | Jun 07 2022 20:41:00 | Online Collections, 685 W. Fire Tower Road, Winterville, NC 28590-9232 |
| 519529331 | + Email/Text: bankruptcy@onlineis.com | Jun 07 2022 20:41:00 | Online Collections, Pob 1489, Winterville, NC 28590-1489 |
| 519529328 | + Email/Text: bankruptcy@onlineis.com | Jun 07 2022 20:41:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 519529334 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2022 20:43:40 | Portfolio Recovery, 140 Corporate Boulevard, Norfolk, VA 23541 |
| 519529336 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2022 20:43:40 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519529335 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2022 20:54:02 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519566900 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2022 20:43:49 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519566934 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2022 20:43:49 | Portfolio Recovery Associates, LLC, c/o GAP, POB 41067, Norfolk, VA 23541 |
| 519529314 | Email/Text: signed.order@pfwattorneys.com | Jun 07 2022 20:41:00 | LVNV Funding LLC, Att: Pressler , Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519529318 | Email/Text: signed.order@pfwattorneys.com | Jun 07 2022 20:41:00 | Midland Funding LLC, Att: Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519529332 | + Email/Text: signed.order@pfwattorneys.com | Jun 07 2022 20:41:00 | Palisades Collection, c/o Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519529333 | + Email/Text: ebn@vativrecovery.com | Jun 07 2022 20:41:00 | Palisades Collection, LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 519529339 | + Email/Text: bankruptcy@sccompanies.com | Jun 07 2022 20:42:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519529340 | + Email/Text: bankruptcy@sccompanies.com | Jun 07 2022 20:42:00 | Seventh Ave/Swiss Colony Inc., 1112 7th Ave, Monroe, WI 53566-1364 |
| 519529341 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 20:43:49 | Sherman Originator III LLC, 200 Meeting Street - Suite 206, Charleston, SC 29401-3187 |
| 519529342 | Email/Text: bankruptcy@sccompanies.com | Jun 07 2022 20:42:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519530783 | + Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 20:43:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519529343 | + Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 20:43:19 | Synchrony Bank (FDIC), 170 West Election Road - Suite 125, Draper, UT 84020-6425 |
| 519529344 | Email/Text: DASPUBREC@transunion.com | Jun 07 2022 20:41:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |
| 519529346 | + Email/Text: EDBKNotices@ecmc.org | Jun 07 2022 20:41:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519529345 | + Email/Text: ECMCBKNotices@ecmc.org | Jun 07 2022 20:41:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

| 519562937 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 07 2022 20:43:33 | U.S. Department of Housing and Urban Development, , Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York,, NY 10278-0068 |
|---|---|---|---|
| 519529348 | + Email/Text: edbknotices@ecmc.org | Jun 07 2022 20:41:00 | US Department of Education, Headquarters, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |
| 519621359 | Email/Text: EDBKNotices@ecmc.org | Jun 07 2022 20:41:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519529297 | ##+ | Great Seneca Financial Corp., 9841 Washington Blvd., Suite 410, Gaithersburg, MD 20878-7339 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2022　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Sylvia Collymore njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 4