**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    Sylvia Collymore

Debtor(s)

Case No.:    22-11992
Judge:    Vincent F. Papalia

## CHAPTER 13 PLAN AND MOTIONS

☐ Original          ☑ Modified/Notice Required          Date:    June 9, 2022
☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney  /s/ VEF        Initial Debtor:  /s/ S C         Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay **$1,013.00** to the Chapter 13 Trustee, starting on **April 1, 2022** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion:  _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion:  _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:  _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Virginia E. Fortunato, LLC** | **Admin.** | **Est. $6,000.00** |
| **Marie-Ann Greenberg** | **Admin.** | **Est. $6,075.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

2

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

  1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

  2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

**U.S. Department of Housing and Urban Development (HUD)**

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Case Name | Collateral | Docket No. | Judgment No. | Judgment Amount | Attorney(s) Plaintiff |
|---|---|---|---|---|---|
| Palisades Collection, L.L.C. v. Sylvia A. Tulloch | 36 Dodd Street, East Orange, NJ 07017 | ESX-DC-015363-05 | DJ-326617-06 | $9,654.44 | Pressler, Felt & Warshaw, L.L.P. 7 Entin Road Parsippany NJ 07054-5020 |
| First American Acceptance Co., LLC v. Sylvia Tulloch | 36 Dodd Street, East Orange, NJ 07017 | ESX-DC–017024-05 | DJ-116527-17 | $7,083.07 | Pressler, Felt & Warshaw, L.L.P. 7 Entin Road Parsippany NJ 07054-5020 |
| LVNV Funding LLC v. Sylvia Collymore | 36 Dodd Street, East Orange, NJ 07017 | ESX-DC-026938-08 | DJ-327952-08 | $1,927.48 | Pressler, Felt & Warshaw, L.L.P. 7 Entin Road Parsippany NJ 07054-5020 |
| New Century Financial Services v. Sylvia A. Collymore | 36 Dodd Street, East Orange, NJ 07017 | ESX-DC-024305-05 | DJ-196639-06 | $2,617.42 | Pressler, Felt & Warshaw, L.L.P. 7 Entin Road Parsippany NJ 07054-5020 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| Jackson Capital Inc. v. Sylvia Collymore | 36 Dodd Street, East Orange, NJ 07017 | ESX-DC-018807-06 | DJ-312192-06 | $5,970.97 | Pressler, Felt & Warshaw, L.L.P. 7 Entin Road Parsippany NJ 07054-5020 |
| Great Seneca Financial Corp. v. Sylvia Tulloch | 36 Dodd Street, East Orange, NJ 07017 | ESX-DC-034004-03 | DJ-270552-04 | $1,383.23 | Eltman Law, P.C. 101 Hudson Street Suite 2702 Jersey City NJ 07302 |
| Harvest Credit Management v. Sylvia Tulloch | 36 Dodd Street, East Orange, NJ 07017 | ESX-DC-015329-07 | DJ-300972-7 | $7,940.83 | Lyons Doughty & Veldhuis PC 136 Gather Drive Suite 100 P.O. Box 1269 Mount Laurel NJ 08054 |
| Discover Bank, et al v. Sylvia Collymore | 36 Dodd Street, East Orange, NJ 07017 | ESX-L-007794-02 | J-021545-03 | $12,097.52 | Selip & Stylianou, LLP 10 Forest Avenue Suite 300 P.O. Box 914 Paramus, NJ 07653-0914 AND Selip & Stylianou 199 Crossways Park Drive Woodbury NY 11797 |

## Part 5: Unsecured Claims  ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☑ Not less than **100%**

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| U.S Department of Education | Student Loan | Paid outside the Plan. | Paid outside the Plan. |

## Part 6: Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected,

5

except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:  Motions**  ☒ **NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a.  **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    b.  **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

    c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Part 8:  Other Plan Provisions**
    a.  **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b.  **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c.  **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Priority Claims**
4) **Secured Claims**
5) **Lease Arrearages**
6) **General Unsecured Claims**

**d. Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ■ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: April 10, 2022.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To treat U.S Department of Housing and Urban Development and U.S. Department of Education outside the Plan. | 4(f) and 5(b) |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **June 9, 2022**    /s/ Sylvia Collymore
    **Sylvia Collymore**
    Debtor

Date:    
    Joint Debtor

Date **June 1, 2022**    /s/ Virginia E. Fortunato

7

**Virginia E. Fortunato**
Attorney for the Debtor(s)

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                                                                Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 22-11992-VFP
Sylvia Collymore                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                           Page 1 of 4
Date Rcvd: Jun 10, 2022                         Form ID: pdf901                                    Total Noticed: 88

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Sylvia Collymore, 36 Dodd Street, East Orange, NJ 07017-3418 |
| 519529279 | | American Anesthesiology of New Jersey, P.O. Box 8488, Piscataway, NJ 08855-8005 |
| 519529281 | + | Barclays Bank Delaware (FDIC), Headquarters, 125 South West Street, Wilmington, DE 19801-5014 |
| 519529282 | + | Barclays Bank Delaware Corporate, 125 South West Street, Wilmington, DE 19801-5014 |
| 519529283 | + | Capital One Bank (USA), NA (FDIC), 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519529284 | + | Capital One Bank Corporate Office, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 519553301 | + | Discover Bank Corporate HQ, 6500 New Albany Rd., New Albany, OH 43054-8730 |
| 519553300 | + | Discover Bank, N.A. (FDIC), 502 E. Market Street, Greenwood, DE 19950-9700 |
| 519529286 | + | East Orange General Hospital, 300 Central Avenue, East Orange, NJ 07018-2897 |
| 519529287 | + | East Orange General Hospital, Att: Quality Asset Recovery, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519529293 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Vanderbilt Motor Parkway, Commack, NY 11725-5710 |
| 519529291 | + | First American Acceptance, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 519529292 | + | First American Acceptance, 2 Industrial Way West, POB 500, Eatontown, NJ 07724-0500 |
| 519529295 | + | Great Seneca Financial Corp., c/o Eltman Law, PC, 101 Hudson Street, Suite 2702, Jersey City, NJ 07302-3929 |
| 519529298 | + | Great Seneca Financial Corp., POB 1651, Rockville, MD 20849-1651 |
| 519529296 | + | Great Seneca Financial Corp., 700 King Farm Blvd., Suite 503,, Rockville, MD 20850-5736 |
| 519529299 | + | Harvest Credit Management, Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 519529300 | + | Harvest Credit Management, LLC, c/o Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, POB 914, Paramus, NJ 07653-0914 |
| 519529302 | + | Harvest Credit Managment, 600 17TH St Ste 2800, Denver, CO 80202-5428 |
| 519529301 | + | Harvest Credit management, LLC, 1776 Lincoln Street, Suite 900, Denver, CO 80203-1026 |
| 519529303 | + | Hyat, Hayt & Landau, LLC, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519529308 | + | Imaging Consultant of Essex, 94 Old Short Hills Road, Livingston, NJ 07039-5672 |
| 519529311 | | JC Penney Corporate Headquarters, 2401 S Stemmons Freeway, Suite 4000, Lewisville, TX 75067-8797 |
| 519529309 | + | Jackson Capital Inc., Att: Martin Smith, Esq., 1119 Springfield Road, Union, NJ 07083-8148 |
| 519529312 | + | Louis J Collymore, 36 Dodd Street, East Orange, NJ 07017-3418 |
| 519529316 | + | Midfirst Bank, 501 Nw Grand Boulevard, Oklahoma City, OK 73118-6037 |
| 519529317 | + | Midland Credit Manageme Corp. Office, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519529321 | + | Midland Mortgage Corp., Attn: Customer Service, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 519529329 | + | Online Collections, 209 West Washington Street, Charleston, WV 25302-2348 |
| 519529338 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 519529337 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519553302 | | Selip & Stylianou, 10 Forest Avenue, Suite 300, POB 914, Paramus, NJ 07653-0914 |
| 519553303 | + | Selip & Stylianou, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 519529347 | + | US Attorney for the District of NJ, Att: Civil Process, 970 Broad Street - 7th Floor, Newark, NJ 07102-2527 |
| 519529349 | + | Wells Fargo Bank Corporate Offices, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 519529350 | + | Wells Fargo Bank, N.A. (FDIC), 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 519565326 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Case 22-11992-VFP    Doc 46    Filed 06/12/22    Entered 06/13/22 00:17:16    Desc Imaged
                          Certificate of Notice    Page 10 of 12

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: pdf901 | Total Noticed: 88 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2022 20:40:36 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519529280 | ^ | MEBN | Jun 10 2022 20:34:24 | American Anesthesiology of New Jersey, POB 88087, Chicago, IL 60680-1087 |
| 519583580 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:49 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519529285 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 20:38:00 | Comenity Bank (FDIC), One Righter Parkway - Suite 100, Wilmington, DE 19803-1533 |
| 519529288 | ^ | MEBN | Jun 10 2022 20:34:15 | Equifax, 1550 Peartree St. NW, Atlanta, GA 30309-2468 |
| 519529289 | ^ | MEBN | Jun 10 2022 20:33:01 | Experian, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 519529290 | | Email/Text: signed.order@pfwattorneys.com | Jun 10 2022 20:38:00 | First American Acceptance, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519529294 | | Email/Text: fggbanko@fgny.com | Jun 10 2022 20:38:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519529304 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 10 2022 20:39:00 | IC System, Att: Bankruptcy, 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 519529305 | | Email/Text: Bankruptcy@ICSystem.com | Jun 10 2022 20:39:00 | IC System Corporate Office, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 519529307 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 10 2022 20:39:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519529306 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 10 2022 20:39:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519529310 | | Email/Text: signed.order@pfwattorneys.com | Jun 10 2022 20:38:00 | Jackson Capital Inc., c/o Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519529315 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:41 | LVNV Funding LLC, 9700 Bissonnet, Houston, TX 77036-8001 |
| 519529313 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:41 | LVNV Funding LLC, 55 Beattie Place - Suite 110, Greenville, SC 29601-5115 |
| 519533343 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519574009 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 10 2022 20:40:35 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519529320 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 10 2022 20:40:35 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519529319 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 10 2022 20:40:56 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519529323 | + | Email/Text: bankruptcy@sccompanies.com | Jun 10 2022 20:39:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519529322 | + | Email/Text: bankruptcy@sccompanies.com | | |

Case 22-11992-VFP    Doc 46    Filed 06/12/22    Entered 06/13/22 00:17:16    Desc Imaged
Certificate of Notice    Page 11 of 12

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jun 10, 2022 | Form ID: pdf901 | Total Noticed: 88 |

| | | | |
|---|---|---|---|
| | | Jun 10 2022 20:39:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519529324 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 10 2022 20:40:55 | Monogram Credit Card, 4125 Windward Plaza Drive, Alpharetta, GA 30005-8738 |
| 519529326 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 10 2022 20:39:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519529325 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 10 2022 20:39:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 519529327 | + Email/PDF: bankruptcy@ncfsi.com | | |
| | | Jun 10 2022 20:40:47 | New Century Financial Services, 110 S Jefferson Road - #104, Whippany, NJ 07981-1038 |
| 519529330 | + Email/Text: bankruptcy@onlineis.com | | |
| | | Jun 10 2022 20:39:00 | Online Collections, 685 W. Fire Tower Road, Winterville, NC 28590-9232 |
| 519529331 | + Email/Text: bankruptcy@onlineis.com | | |
| | | Jun 10 2022 20:39:00 | Online Collections, Pob 1489, Winterville, NC 28590-1489 |
| 519529328 | + Email/Text: bankruptcy@onlineis.com | | |
| | | Jun 10 2022 20:39:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 519529334 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 10 2022 20:40:39 | Portfolio Recovery, 140 Corporate Boulevard, Norfolk, VA 23541 |
| 519529336 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 10 2022 20:40:38 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519529335 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 10 2022 20:40:39 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519566900 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 10 2022 20:40:57 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519566934 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 10 2022 20:40:38 | Portfolio Recovery Associates, LLC, c/o GAP, POB 41067, Norfolk, VA 23541 |
| 519529314 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Jun 10 2022 20:38:00 | LVNV Funding LLC, Att: Pressler , Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519529318 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Jun 10 2022 20:38:00 | Midland Funding LLC, Att: Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519529332 | + Email/Text: signed.order@pfwattorneys.com | | |
| | | Jun 10 2022 20:38:00 | Palisades Collection, c/o Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519529333 | + Email/Text: ebn@vativrecovery.com | | |
| | | Jun 10 2022 20:38:00 | Palisades Collection, LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 519529339 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 10 2022 20:39:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519529340 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 10 2022 20:39:00 | Seventh Ave/Swiss Colony Inc., 1112 7th Ave, Monroe, WI 53566-1364 |
| 519529341 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 10 2022 20:40:49 | Sherman Originator III LLC, 200 Meeting Street - Suite 206, Charleston, SC 29401-3187 |
| 519529342 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 10 2022 20:39:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519530783 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 10 2022 20:40:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519529343 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 10 2022 20:40:54 | Synchrony Bank (FDIC), 170 West Election Road - Suite 125, Draper, UT 84020-6425 |
| 519529344 | Email/Text: DASPUBREC@transunion.com | | |
| | | Jun 10 2022 20:37:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |

| 519529346 | + | Email/Text: EDBKNotices@ecmc.org | Jun 10 2022 20:37:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519529345 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 10 2022 20:38:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519562937 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 10 2022 20:40:54 | U.S. Department of Housing and Urban Development, , Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York,, NY 10278-0068 |
| 519529348 | + | Email/Text: edbknotices@ecmc.org | Jun 10 2022 20:38:00 | US Department of Education, Headquarters, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |
| 519621359 | | Email/Text: EDBKNotices@ecmc.org | Jun 10 2022 20:37:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519529297 | ##+ | Great Seneca Financial Corp., 9841 Washington Blvd., Suite 410, Gaithersburg, MD 20878-7339 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Sylvia Collymore njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 4