```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq. - VEF-0784
Attorney for Debtor, Sylvia Collymore
```

| | |
|---|---|
| In Re: | Case No.: 22-11991/VFP |
| SYLVIA COLLYMORE, | Chapter: 13 |
| Debtor. | Adv. No.: |
| | Hearing Date: August 4, 2022 |
| | Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

   ☑ represent the ____debtor____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __June 20, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Notice of Motion to Cancel and Release Judgment Lien Held by Jackson Capital, Inc. Pursuant to 11 U.S.C. Sec. 522(f)(1) and (2)(A); (b) Attorney's Certification in support of motion; and (c) proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __June 20, 2022__        /s/ Virginia E. Fortunato
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey   07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie Ann Greenberg, Esq.<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey   07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jackson Capital, Inc.<br>Att:  Pressler, Felt and Warshaw<br>7 Entin Road<br>Parsipanny, New Jersey   07054-5020 | Attorneys for Jackson Capital, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _____Fax_____<br>(as authorized by the court *) |
| Ms. Sylvia Collymore<br>36 Dodd Street<br>East Orange, New Jersey   07017 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |