**VIRGINIA E. FORTUNATO, L.L.C.**
One Kinderkamack Road
Hackensack, NJ 07601
Tel. 201-673-5777

Virginia E. Fortunato, Esq. #VEF-0787
Attorney for Debtor, Sylvia Collymore

| | |
|---|---|
| In Re:<br><br>**SYLVIA COLLYMORE,**<br><br>        Debtor. | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 22-11991/VFP<br><br>Chapter 13<br><br>**SUPPLEMENTAL ATTORNEY'S CERTIFICATION IN SUPPORT OF MOTION TO CANCEL AND RELEASE JUDGMENT LIEN HELD BY GREAT SENECA FINANCIAL CORP.**<br><br>Hearing Date: August 4, 2022<br>              10:00 a.m. |

    I, **VIRGINIA E. FORTUNATO, ESQ.**, hereby certifies that:

    1. I am the attorney representing the debtor, Sylvia Collymore, in her Chapter 13 proceeding which was filed by her on March 14, 2022.

    2. Great Seneca Financial Corp. was served with debtor's motion at the only "valid" address debtor had which was P.O. Box 1651, Rockville, Maryland 20849.

    3. Upon information and belief, the address was valid since the debtor did not receive return mail for the original notice of commencement (341 Notice) sent to the address by the Court.

**WHEREFORE**, the debtor requests that this Court enter an order canceling and releasing the judgement lien held by Great Seneca Financial Corp. in its entirety and that it direct the immediate cancellation of judgment by the Clerk of the Superior Court of New Jersey.

**I HEREBY CERTIFY** that the above foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: June 21, 2022     /s/ Virginia E. Fortunato
**VIRGINIA E. FORTUNATO, ESQ.**
**Attorney for the Debtor**

# EXHIBIT "A"

RETURN SERVICE REQUESTED

FIRST CLASS PRSRT
US POSTAGE PAID
PERMIT 131
PASCO WA 99302

6332134754 - 2 | 2
VIRGINIA E. FORTUNATO
VIRGINIA E. FORTUNATO, LLC
ONE KINDERKAMACK ROAD
HACKENSACK NJ 07601

GREAT SENECA FINANCIAL CORP.
P.O.B. 1651
ROCKVILLE MD 20849

NIXIE     207   FE 1260      0005/31/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 07601502801     *2192-00489-31-25

DBEJSP2
07601>5028