---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq. - VEF-0784
Attorney for Debtor, Sylvia Collymore

In Re:

SYLVIA COLLYMORE,

Debtor.

Case No.: 22-11991/VFP

Chapter: 13

Adv. No.: 

Hearing Date: August 4, 2022

Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

    ☑ represent the ___debtor___ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __June 21, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Supplemental Attorney's Certification in Support of Motion to Cancel and Release Judgment Lien Held by Great Seneca Financial Corp.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __June 21, 2022__

/s/ Virginia E. Fortunato
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey   07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie Ann Greenberg, Esq.<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey   07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ms. Sylvlia Collymore<br>36 Dodd Street<br>East Orange, New Jersey   07017 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |