# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>SYLVIA COLLYMORE | CASE NO: 22-11992<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Vincent F Papalia<br>Hearing Location: Courtroom 3B<br>Hearing Date: August 4, 2022<br>Hearing Time: 10:00AM |

On 6/21/2022, I did cause a copy of the following documents, described below,

Notice of Motion to Cancel and Release Judgment Lien Held By Jackson Capital, Inc., Attorney Certification in Support of Motion to Cancel and Release Judgment Lien Held By Jackson Capital, Inc., Proposed Form of Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/21/2022

/s/ Virginia Fortunato
Virginia Fortunato

Virginia E. Fortunato, LLC
One Kinderkamack Road
Hackensack, NJ  07601
201 673 5777
fortunatoesq@gmail.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>SYLVIA COLLYMORE | CASE NO: 22-11992<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>Judge: Vincent F Papalia<br>Hearing Location: Courtroom 3B<br>Hearing Date: August 4, 2022<br>Hearing Time: 10:00AM |

On 6/21/2022, a copy of the following documents, described below,

Notice of Motion to Cancel and Release Judgment Lien Held By Jackson Capital, Inc., Attorney Certification in Support of Motion to Cancel and Release Judgment Lien Held By Jackson Capital, Inc., Proposed Form of Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/21/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Virginia Fortunato
Virginia E. Fortunato, LLC
One Kinderkamack Road
Hackensack, NJ  07601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CERTIFIED 7020 2450 0000 3113 1344

JACKSON CAPITAL, INC./PRESSLER & PRESSLER
C/O PRESSLER FELT & WARSHAW
7 ENTIN ROAD
PARSIPPANY NJ 07054

JACKSON CAPITAL INC./PRESSLER & PRESSLER
C/O PRESSLER FELT & WARSHAW
7 ENTIN ROAD
PARSIPPANY NJ 07054