| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, NJ 07601<br>201-673-5777<br><br>Virginia E. Fortunato, Esq. - VEF-0787<br>*Attorney for Debtor, Sylvia Collymore* |

Order Filed on July 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**SYLVIA COLLYMORE,**

    Debtor.

Case No.   22-11992/VFP

Chapter:   13

Hearing Date:  July 7, 2022

Judge:   Vincent F. Papalia

**REVISED ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES
FOR SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

DATED: July 13, 2022

/s/ Vincent F. Papalia
_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtors: | Sylvia Collymore |
| Case No.: | 22-11992/VFP - Chapter 13 |
| Caption: | Revised Order For Allowance of Pre-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b) |

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Robert Winter, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtor is hereby allowed the sum of $11,588.75 as her fee and $355.50 for costs and expenses of which $2,152.05 has already been received by said attorney and of which the balance of $9,792.20 shall be paid to said attorney through the debtor's plan; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall not be increased based on this Order; and it is further,

**ORDERED,** that should this case terminate due to dismissal, Marie-Ann Greenberg the Chapter 13 Trustee shall pay this amount to the movant before monies are released to the debtor.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11992-VFP |
| Sylvia Collymore | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

**Recip ID        Recipient Name and Address**
db              + Sylvia Collymore, 36 Dodd Street, East Orange, NJ 07017-3418

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
                        on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

Virginia E. Fortunato
                        on behalf of Debtor Sylvia Collymore njbankruptcy911@gmail.com
                        bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 4