

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7418 2055 4859 33

• Sender: Please print your name, address, and ZIP+4® in this box •

7332129859--22-11992-SYLVIA COLLYMORE
Virginia E. Fortunato, LLC
Virginia E. Fortunato, Esq.
One Kinderkamack Road
Hackensack NJ 07601

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JACKSON CAPITAL, INC./PRESSLER & PRESSLER
C/O PRESSLER FELT & WARSHAW
7 ENTIN ROAD
PARSIPPANY NJ 07054



9590 9402 7418 2055 4859 33

2. Article Number (Transfer from service label)
7020 2450 0000 3113 1344

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  PRESSLER, FELT & WARSHAW   ☐ Agent
   7 ENTIN ROAD                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   PARSIPPANY NJ 07054-8244

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt