| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2©<br><br>VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtor, Sylvia Collymore* | Order Filed on August 9, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**SYLVIA COLLYMORE,**<br><br>Debtor. | Case No.   22-11991/VFP<br><br>Chapter:   13<br><br>Hearing Date: August 4, 2022<br><br>Judge:   Vincent F. Papalia |

### ORDER ON MOTION TO CANCEL AND RELEASED JUDGMENT HELD BY GREAT SENECA FINANCIAL CORP.

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 9, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

| | |
|---|---|
| **Page:** | 2 |
| **Debtors:** | Sylvia Collymore |
| **Case No.:** | 22-11991/VFP - Chapter 13 |
| **Caption:** | Order on Motion to Cancel and Release Judgment Lien Held By Great Seneca Financial Corp. |

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Sylvia Collymore, on a Motion to Cancel and Release a Judgment Held By Great Seneca Financial Corp, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the following judgment is cancelled and released:

(A)  Great Seneca Financial Corp.
Docket No. ESX-DC-034004-03
Judgment No. DJ-270552-04

and it is further:

**ORDERED,** that the Debtor may immediately record this Order releasing and cancelling with the Clerk of the Superior Court of New Jersey.