**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2©

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, New Jersey 07601
201-673-5777

Virginia E. Fortunato #VEF-0787
*Attorney for Debtor, Sylvia Collymore*

Order Filed on August 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.   22-11991/VFP |
| **SYLVIA COLLYMORE,** | Chapter:     13 |
| Debtor. | Hearing Date: August 4, 2022 |
| | Judge:     Vincent F. Papalia |

## ORDER ON MOTION TO CANCEL AND RELEASED JUDGMENT HELD BY JACKSON CAPITAL, INC.

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

DATED: August 9, 2022

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page:**      **2**
**Debtors:**   **Sylvia Collymore**
**Case No.:**  **22-11991/VFP - Chapter 13**
**Caption:**   **Order on Motion to Cancel and Release Judgment Lien Held By Jackson Capital, Inc.**

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Sylvia Collymore, on a Motion to Cancel and Release a Judgment Held By Jackson Capital, Inc., and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

   **IT IS HEREBY,**

   **ORDERED,** that the following judgment is cancelled and released:

   (A)    Jackson Capital, Inc.
          Docket No. ESX-DC-011807-06
          Judgment No. DJ-312192-06

and it is further:

   **ORDERED,** that the Debtor may immediately record this Order releasing and cancelling with the Clerk of the Superior Court of New Jersey.