| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kindekamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br>Virginia E. Fortunato, Esq. - VEF-0787<br>Attorney for Debtor, Sylvia Collymore | |
| In Re:<br><br>SYLVIA COLLYMORE,<br><br>Debtor. | Case No.: __22-11992/VFP__<br><br>Chapter: __13__<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: __Vincent F. Papalia__ |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

   ☑ represent the __debtor__ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __September 7, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Application and Request for Entry of the Supporting Consent Order, et al; and
   (b) Certification of Consent Regarding Consent Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __September 7, 2022__      /s/ Virginia E. Fortunato, Esq.
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey   07101 | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey   07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Midfirst Bank<br>c/o Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street - Suite 5000<br>Philadelphia, Pennsylvania   19106 | Attorneys for Secured Creditor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Ms. Sylvia Collymore<br>36 Dodd Street<br>East Orange, New Jersey   07017 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |