**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, NJ 07601
201-673-5777

Virginia E. Fortunato, Esq. - VEF-0787
*Attorney for Debtor, Sylvia Collymore*

Order Filed on September 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**SYLVIA COLLYMORE,**

    Debtor.

Case No.   22-11992/VFP

Chapter:   13

Hearing Date:

Judge:   Vincent F. Papalia

## CONSENT ORDER AUTHORIZING SECURED CREDITOR'S FEES TO BE PAID THROUGH THE CHAPTER 13 PLAN

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

DATED: September 9, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page: 2
Debtors: Sylvia Collymore
Case No.: 22-11992/VFP - Chapter 13
Caption: Consent Order Authorizing Secured Creditor's Fees to be Paid Through the Chapter 13 Plan

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Sylvia Collymore, by Application requesting that this Consent Order be approved by the Court. The Debtor, by land through her attorney, Virginia E. Fortunato, Esq., and Midfirst Bank by and through its attorney, Denise Carlon, Esq. at KML Law Group, P.C., for good shown:

**IT IS HEREBY,**

**ORDERED,** that pursuant to the Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed by Midfirst Bank on August 15, 2022, the debtor is responsible for the sum of $950.00 for Fees, Expenses, and Charges; and it is further,

**ORDERED,** that the Midfirst Bank Fees, Expenses, and Charges are approved and shall be paid as a secured claim through the debtor's Chapter 13 Plan; and it is further,

**ORDERED,** that the debtor's plan payments shall increase by $20.00 per month beginning October 1, 2022. Monthly plan payments shall increase from $1,013.00 to $1,033.00; and it is further,

**ORDERED,** that the 7-day period under Fed. R. Bank. P. 4001(a)(3) and 9006(a) is hereby waived.

**WE HEREBY CONSENT TO THE FOREGOING TERMS**

/s/ Virginia E. Fortunato
**VIRGINIA E. FORTUNATO, ESQ.**
**Attorney for Debtor**
Dated: August 30, 2022
September 1, 2022

By:/s/ Denise Carlon
**DENISE CARLON, ESQ.**
**Attorney for MidFirst Bank**
Dated: August ___, 2022
September 1, 2022