| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, NJ 07601<br>201-673-5777<br><br>Virginia E. Fortunato, Esq. - VEF-0787<br>*Attorney for Debtor, Sylvia Collymore* | Order Filed on September 9, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**SYLVIA COLLYMORE,**<br><br>   Debtor. | Case No.   22-11992/VFP<br>Chapter:   13<br>Hearing Date:<br><br>Judge:   Vincent F. Papalia |

## CONSENT ORDER AUTHORIZING SECURED CREDITOR'S FEES TO BE PAID THROUGH THE CHAPTER 13 PLAN

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 9, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page:** 2
**Debtors:** Sylvia Collymore
**Case No.:** 22-11992/VFP - Chapter 13
**Caption:** Consent Order Authorizing Secured Creditor's Fees to be Paid Through the Chapter 13 Plan

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Sylvia Collymore, by Application requesting that this Consent Order be approved by the Court. The Debtor, by land through her attorney, Virginia E. Fortunato, Esq., and Midfirst Bank by and through its attorney, Denise Carlon, Esq. at KML Law Group, P.C., for good shown:

**IT IS HEREBY,**

**ORDERED,** that pursuant to the Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed by Midfirst Bank on August 15, 2022, the debtor is responsible for the sum of $950.00 for Fees, Expenses, and Charges; and it is further,

**ORDERED,** that the Midfirst Bank Fees, Expenses, and Charges are approved and shall be paid as a secured claim through the debtor's Chapter 13 Plan; and it is further,

**ORDERED,** that the debtor's plan payments shall increase by $20.00 per month beginning October 1, 2022. Monthly plan payments shall increase from $1,013.00 to $1,033.00; and it is further,

**ORDERED,** that the 7-day period under Fed. R. Bank. P. 4001(a)(3) and 9006(a) is hereby waived.

**WE HEREBY CONSENT TO THE FOREGOING TERMS**

/s/ Virginia E. Fortunato
**VIRGINIA E. FORTUNATO, ESQ.**
**Attorney for Debtor**
Dated: August 30, 2022
September 1, 2022

By:/s/ Denise Carlon
**DENISE CARLON, ESQ.**
**Attorney for MidFirst Bank**
Dated: August    , 2022
September 1, 2022

United States Bankruptcy Court

District of New Jersey

In re:  
Sylvia Collymore  
    Debtor

Case No. 22-11992-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Sep 09, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sylvia Collymore, 36 Dodd Street, East Orange, NJ 07017-3418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Sylvia Collymore njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 4