**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

December 15, 2022

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 22-11992**

On July 22, 2022 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF DECEMBER 15, 2022

**Chapter 13 Case # 22-11992**

Atty:     VIRGINIA E FORTUNATO LLC

Re:       SYLVIA COLLYMORE
          36 DODD STREET
          EAST ORANGE, NJ  07017

PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/27/2022 | $520.00 | | 05/27/2022 | $520.00 | |
| 06/28/2022 | $520.00 | | 08/01/2022 | $1,100.00 | |
| 09/01/2022 | $1,100.00 | | 10/03/2022 | $1,100.00 | |
| 10/24/2022 | $1,500.00 | 1646722902 | 11/01/2022 | $1,100.00 | |
| 12/02/2022 | $1,100.00 | | | | |

**Total Receipts: $8,560.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,560.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 395.60 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 9,792.20 | 100.00% | 8,164.40 | 1,627.80 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | FIRST AMERICAN ACCEPTANCE CO LLC | SECURED | 7,645.11 | 100.00% | 0.00 | 7,645.11 |
| 0020 | GREAT SENECA FINANCIAL CORP. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | HARVEST CREDIT MANAGEMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | HARVEST CREDIT MANAGEMENT VII LLC | SECURED | 7,940.82 | 100.00% | 0.00 | 7,940.82 |
| 0028 | IC SYSTEMS, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | JACKSON CAPITAL INC. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | MIDNIGHT VELVET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | MONOGRAM CREDIT CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | PALISADES COLLECTION | SECURED | 9,346.94 | 100.00% | 0.00 | 9,346.94 |
| 0058 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0062 | SEVENTH AVE/SWISS COLONY INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0067 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0073 | WELLS FARGO BANK NA | UNSECURED | 2,017.85 | 100.00% | 0.00 | 2,017.85 |
| 0075 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0076 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0077 | DISCOVER BANK/DISCOVER FINANCIAL | SECURED | 12,097.52 | 100.00% | 0.00 | 12,097.52 |
| 0078 | LVNV FUNDING LLC | SECURED | 1,830.68 | 100.00% | 0.00 | 1,830.68 |
| 0079 | MIDNIGHT VELVET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0080 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0081 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0082 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0083 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0084 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0085 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0089 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0090 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 326.05 | 100.00% | 0.00 | 326.05 |
| 0091 | LVNV FUNDING LLC | SECURED | 1,224.89 | 100.00% | 0.00 | 1,224.89 |
| 0092 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0093 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.00 | 100.00% | 0.00 | 20.00 |
| 0094 | MIDFIRST BANK | (NEW) MTG Agree | 950.00 | 100.00% | 0.00 | 950.00 |

**Total Paid: $8,560.00**
See Summary

### LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: December 15, 2022.

Receipts: $8,560.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $8,560.00    =    Funds on Hand: $0.00

Unpaid Balance to Claims: $45,027.66    +    Unpaid Trustee Comp: $2,620.66    =    Total Unpaid Balance: **$47,648.32

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.