VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601

Re:  SYLVIA COLLYMORE  
36 DODD STREET  
EAST ORANGE,  NJ  07017

Atty:  VIRGINIA E FORTUNATO LLC  
ONE KINDERKAMACK ROAD  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
### Chapter 13 Case # 22-11992

## RECEIPTS AS OF 01/13/2023        (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/27/2022 | $520.00 | | 05/27/2022 | $520.00 | |
| 06/28/2022 | $520.00 | | 08/01/2022 | $1,100.00 | |
| 09/01/2022 | $1,100.00 | | 10/03/2022 | $1,100.00 | |
| 10/24/2022 | $1,500.00 | 1646722902 | 11/01/2022 | $1,100.00 | |
| 12/02/2022 | $1,100.00 | | | | |

**Total Receipts: $8,560.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,560.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023        (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 395.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 9,792.20 | 100.00% | 8,164.40 | 1,627.80 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | FIRST AMERICAN ACCEPTANCE CO LLC | SECURED | 7,645.11 | 100.00% | 0.00 | 7,645.11 |
| 0020 | GREAT SENECA FINANCIAL CORP. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | HARVEST CREDIT MANAGEMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | HARVEST CREDIT MANAGEMENT VII LLC | SECURED | 7,940.82 | 100.00% | 0.00 | 7,940.82 |
| 0028 | IC SYSTEMS, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | JACKSON CAPITAL INC. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | MIDNIGHT VELVET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | MONOGRAM CREDIT CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | PALISADES COLLECTION | SECURED | 9,346.94 | 100.00% | 0.00 | 9,346.94 |
| 0058 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 22-11992

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0062 | SEVENTH AVE/SWISS COLONY INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0067 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0073 | WELLS FARGO BANK NA | UNSECURED | 2,017.85 | 100.00% | 0.00 | 2,017.85 |
| 0075 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0076 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0077 | DISCOVER BANK/DISCOVER FINANCIAL | SECURED | 12,097.52 | 100.00% | 0.00 | 12,097.52 |
| 0078 | LVNV FUNDING LLC | SECURED | 1,830.68 | 100.00% | 0.00 | 1,830.68 |
| 0079 | MIDNIGHT VELVET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0080 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0081 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0082 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0083 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0084 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0085 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0089 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0090 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 326.05 | 100.00% | 0.00 | 326.05 |
| 0091 | LVNV FUNDING LLC | SECURED | 1,224.89 | 100.00% | 0.00 | 1,224.89 |
| 0092 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0093 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.00 | 100.00% | 0.00 | 20.00 |
| 0094 | MIDFIRST BANK | (NEW) MTG Agree | 950.00 | 100.00% | 0.00 | 950.00 |

**Total Paid: $8,560.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $8,560.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $8,560.00     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.