**VIRGINIA E. FORTUNATO, L.L.C.**
ATTORNEY AT LAW
One Kinderkamack Road
Hackensack, NJ 07601
(201) 673-5777
(201) 490-8784 (f)

Virginia E. Fortunato
Licensed to practice in New Jersey

March 9, 2023

Honorable Vincent F. Papalia
United States Bankruptcy Court
50 Walnut Street - #3017
Newark, New Jersey 07102

        Re: **Sylvia Collymore**
            **Case No. 22-11992/VFP - Chapter 13**

            **Hearing Date: August 4, 2022**

Dear Judge Papalia:

        I am submitting to Chambers a proposed Amended Order on Motion
to Cancel and Release Judgment Held by Jackson Capital, Inc. in the
above-referenced matter.

        The original Order submitted to the Court in support of the
Motion contained Docket No. ESX-DC-011887-06 which was incorrect
and should have been Docket No. **ESX-DC-018807-06.**

        If it pleases the Court, kindly enter the proposed Amended
Order.

        Should Your Honor have any questions, concerns, or need any
additional information, please advise.

                            Respectfully,

                            *Virginia Fortunato*

                            **VIRGINIA E. FORTUNATO**

VEF:klts

cc: Marie-Ann Greenberg, Esq. (Via ECF)
    Joseph Petrolino, Esq. (Via E-Mail)

 Virginia E. Fortunato is a proud member of the National Association
of Consumer Bankruptcy Attorneys.  Congress has designated Virginia
E. Fortunato, LLC as a debt relief agency.  We help people file for
bankruptcy under the Bankruptcy Code.