| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2©<br><br>VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtor, Sylvia Collymore* | Order Filed on March 9, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**SYLVIA COLLYMORE,**<br><br>    Debtor. | Case No.  22-11992<br><br>Chapter:  13<br><br>Hearing Date: August 4, 2022<br><br>Judge:  Vincent F. Papalia |

### AMENDED ORDER ON MOTION TO CANCEL AND RELEASED JUDGMENT HELD BY JACKSON CAPITAL, INC.

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

DATED: March 9, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page:** 2
**Debtors:** Sylvia Collymore
**Case No.:** 22-11992 VFP - Chapter 13
**Caption:** Amended Order on Motion to Cancel and Release Judgment Lien Held By Jackson Capital, Inc.

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Sylvia Collymore, on a Motion to Cancel and Release a Judgment Held By Jackson Capital, Inc., and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the following judgment is cancelled and released:

    (A)    Jackson Capital, Inc.
            Docket No. ESX-DC-018807-06
            Judgment No. DJ-312192-06

and it is further:

**ORDERED,** that the Debtor may immediately record this Order releasing and cancelling with the Clerk of the Superior Court of New Jersey.

**IT IS FURTHER ORDERED,** that this Order shall amend and supersede the prior Order entered on August 9, 2022 [Dkt. No. 60].