**VIRGINIA E. FORTUNATO, L.L.C.**
ATTORNEY AT LAW
One Kinderkamack Road
Hackensack, NJ 07601
(201) 673-5777
(201) 490-8784 (f)

Virginia E. Fortunato
Licensed to practice in New Jersey

May 4, 2023

Honorable Vincent F. Papalia
United States Bankruptcy Court
King Federal Building
50 Walnut Street
Courtroom 3B
Newark, New Jersey   07102

    Re: Sylvia Collymore, a/k/a Sylvia Tulloch
        Case No. 22-11992/VFP - Chapter 13

Dear Judge Papalia:

    I have been advised by the Clerk of the Superior Court of New Jersey, Essex County that the filed Order (Docket No. 59) on the Motion to Cancel and Release Judgment Held by Great Seneca Financial Corp. (Docket No. 30) entered on August 9, 2022 must contain the debtor's maiden name, Sylvia Tulloch, in the caption. The debtor's Chapter 13 Bankruptcy filing did contain the debtor's maiden name.

    I am submitting an Amended Order to Chambers to correct this issue regarding this matter and requesting that if it please the Court, same be entered.

    Should Your Honor have any questions, concerns, or need an additional information, kindly advise.

                                Respectfully,

                                **VIRGINIA E. FORTUNATO**

**VEF:klts**

cc:  Marie-Ann Greenberg, Esq. (Via ECF)
      Ms. Sylvia Collymore (Via E-Mail Only)



Virginia E. Fortunato is a proud member of the National Association of Consumer Bankruptcy Attorneys.  Congress has designated Virginia E. Fortunato, LLC as a debt relief agency.  We help people file for bankruptcy under the Bankruptcy Code.