| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2© |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtor, Sylvia Collymore*, a/k/a<br>Sylvia Tulloch |

Order Filed on May 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>**SYLVIA COLLYMORE,**<br>a/k/a **SYLVIA TULLOCH,**<br><br>Debtor. |
|---|

Case No. 22-11992/VFP

Chapter:    13

Hearing Date: August 4, 2022

Judge:    Vincent F. Papalia

## SECOND AMENDED ORDER ON MOTION TO CANCEL AND RELEASE JUDGMENT HELD BY GREAT SENECA FINANCIAL CORP.

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 8, 2023**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page: 2
Debtors: Sylvia Collymore, a/k/a Sylvia Tullock
Case No.: 22-11992/VFP - Chapter 13
Caption: SECOND Amended Order on Motion to Cancel and Release Judgment Lien Held By Great Seneca Financial Corp.

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Sylvia Collymore, a/k/a Sylvia Tulloch, on a Motion to Cancel and Release a Judgment Held By Great Seneca Financial Corp, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED**, that the following judgment is cancelled and released:

(A) Great Seneca Financial Corp.
Docket No. ESX-DC-034004-03
Judgment No. DJ-270552-04

and it is further:

**ORDERED**, that the Debtor may immediately record this Order releasing and cancelling with the Clerk of the Superior Court of New Jersey;
and it is further

ORDERED, that this Order has been amended to include Debtor's maiden name and shall supersede prior Order entered on August 9, 2022 [Dkt. no. 59].