**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2©

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, New Jersey 07601
201-673-5777

Virginia E. Fortunato #VEF-0787
*Attorney for Debtor, Sylvia Collymore*, a/k/a Sylvia Tulloch

Order Filed on May 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**SYLVIA COLLYMORE,**
**a/k/a SYLVIA TULLOCH,**

Debtor.

Case No. 22-11992/VFP

Chapter:    13

Hearing Date: August 4, 2022

Judge:    Vincent F. Papalia

## SECOND AMENDED ORDER ON MOTION TO CANCEL AND RELEASE JUDGMENT HELD BY GREAT SENECA FINANCIAL CORP.

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 8, 2023**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:       2
Debtors:    Sylvia Collymore, a/k/a Sylvia Tullock
Case No.:   22-11992/VFP - Chapter 13
Caption: SECOND Amended Order on Motion to Cancel and Release Judgment Lien Held By Great Seneca Financial Corp.

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Sylvia Collymore, a/k/a Sylvia Tulloch, on a Motion to Cancel and Release a Judgment Held By Great Seneca Financial Corp, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the following judgment is cancelled and released:

(A)  Great Seneca Financial Corp.
     Docket No. ESX-DC-034004-03
     Judgment No. DJ-270552-04

and it is further:

**ORDERED,** that the Debtor may immediately record this Order releasing and cancelling with the Clerk of the Superior Court of New Jersey;
and it is further

**ORDERED,** that this Order has been amended to include Debtor's maiden name and shall supersede prior Order entered on August 9, 2022 [Dkt. no. 59].

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                        Case No. 22-11992-VFP
Sylvia Collymore                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1
Date Rcvd: May 08, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sylvia Collymore, 36 Dodd Street, East Orange, NJ 07017-3418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Sylvia Collymore njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 4