Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

SYLVIA COLLYMORE,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  22-11992 VFP

## NOTICE OF RESERVE ON CLAIM

Creditor:           HARVEST CREDIT MANAGEMENT VII LLC
Trustee Claim #:    22
Court Claim #:      18
Claimed Amount:     $7,940.82
Date Claim Filed:   06/09/2022

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court. A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.


Dated:  November 17, 2023

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee


SYLVIA COLLYMORE
36 DODD STREET
EAST ORANGE, NJ    07017

VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ    07601

HARVEST CREDIT MANAGEMENT VII LLC
1776 LINCOLN ST STE 900
DENVER, CO    80202