VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601

Re:  SYLVIA COLLYMORE
     36 DODD STREET
     EAST ORANGE,  NJ  07017

Atty:  VIRGINIA E FORTUNATO LLC
       ONE KINDERKAMACK ROAD
       HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 22-11992

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/27/2022 | $520.00 | | 05/27/2022 | $520.00 | |
| 06/28/2022 | $520.00 | | 08/01/2022 | $1,100.00 | |
| 09/01/2022 | $1,100.00 | | 10/03/2022 | $1,100.00 | |
| 10/24/2022 | $1,500.00 | 1646722902 | 11/01/2022 | $1,100.00 | |
| 12/02/2022 | $1,100.00 | | 02/01/2023 | $1,200.00 | |
| 03/06/2023 | $1,200.00 | | 04/03/2023 | $1,200.00 | |
| 05/02/2023 | $1,200.00 | | 06/02/2023 | $1,200.00 | |
| 07/03/2023 | $1,200.00 | | 08/01/2023 | $1,200.00 | |
| 09/01/2023 | $1,200.00 | | 10/02/2023 | $1,200.00 | |
| 11/01/2023 | $1,200.00 | | 12/04/2023 | $1,200.00 | |

**Total Receipts: $21,760.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,760.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK/DISCOVER FINANCIAL SERVICES | | | | | | |
| | 03/13/2023 | $188.73 | 906,848 | 04/17/2023 | $334.31 | 908,423 |
| | 05/15/2023 | $330.77 | 910,046 | 06/12/2023 | $330.77 | 911,501 |
| | 07/17/2023 | $330.77 | 913,014 | 08/14/2023 | $330.77 | 914,531 |
| | 09/18/2023 | $330.77 | 916,016 | 10/16/2023 | $325.47 | 917,518 |
| | 11/13/2023 | $325.46 | 918,934 | 12/11/2023 | $385.82 | 920,358 |
| FIRST AMERICAN ACCEPTANCE CO LLC | | | | | | |
| | 03/13/2023 | $119.27 | 906,836 | 04/17/2023 | $211.27 | 908,408 |
| | 05/15/2023 | $209.03 | 910,036 | 06/12/2023 | $209.03 | 911,490 |
| | 07/17/2023 | $209.03 | 913,001 | 08/14/2023 | $209.03 | 914,518 |
| | 09/18/2023 | $209.03 | 916,001 | 10/16/2023 | $205.68 | 917,505 |
| | 11/13/2023 | $205.68 | 918,924 | 12/11/2023 | $243.82 | 920,349 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| HARVEST CREDIT MANAGEMENT VII LLC | | | | | | | |
| | 03/13/2023 | $123.88 | 906,851 | | 04/17/2023 | $219.44 | 908,426 |
| | 05/15/2023 | $217.12 | 910,049 | | 06/12/2023 | $217.12 | 911,504 |
| | 07/17/2023 | $217.12 | 913,017 | | 07/19/2023 | ($217.12) | 911,504 |
| | 08/14/2023 | $434.24 | 914,534 | | 09/18/2023 | $217.12 | 916,019 |
| | 10/16/2023 | $213.64 | 917,521 | | 11/13/2023 | $213.63 | 918,936 |
| | 11/15/2023 | ($213.64) | 917,521 | | 12/06/2023 | ($213.63) | 918,936 |
| LVNV FUNDING LLC | | | | | | | |
| | 03/13/2023 | $28.56 | 907,272 | | 03/13/2023 | $19.11 | 907,272 |
| | 04/17/2023 | $50.59 | 908,885 | | 04/17/2023 | $33.85 | 908,885 |
| | 05/15/2023 | $50.05 | 910,467 | | 05/15/2023 | $33.49 | 910,467 |
| | 06/12/2023 | $50.05 | 911,947 | | 06/12/2023 | $33.49 | 911,947 |
| | 07/17/2023 | $50.05 | 913,469 | | 07/17/2023 | $33.49 | 913,469 |
| | 08/14/2023 | $50.06 | 914,984 | | 08/14/2023 | $33.49 | 914,984 |
| | 09/18/2023 | $50.05 | 916,481 | | 09/18/2023 | $33.49 | 916,481 |
| | 10/16/2023 | $49.25 | 917,954 | | 10/16/2023 | $32.95 | 917,954 |
| | 11/13/2023 | $49.25 | 919,401 | | 11/13/2023 | $32.95 | 919,401 |
| | 12/11/2023 | $58.39 | 920,797 | | 12/11/2023 | $39.07 | 920,797 |
| MIDFIRST BANK | | | | | | | |
| | 03/13/2023 | $14.82 | 907,304 | | 04/17/2023 | $26.25 | 908,918 |
| | 05/15/2023 | $25.97 | 910,495 | | 06/12/2023 | $25.98 | 911,975 |
| | 07/17/2023 | $25.97 | 913,500 | | 08/14/2023 | $25.98 | 915,018 |
| | 09/18/2023 | $25.97 | 916,514 | | 10/16/2023 | $25.56 | 917,987 |
| | 11/13/2023 | $25.56 | 919,433 | | 12/11/2023 | $30.30 | 920,831 |
| PALISADES COLLECTION | | | | | | | |
| | 03/13/2023 | $145.82 | 907,420 | | 04/17/2023 | $258.30 | 909,040 |
| | 05/15/2023 | $255.56 | 910,606 | | 06/12/2023 | $255.57 | 912,097 |
| | 07/17/2023 | $255.56 | 913,610 | | 08/14/2023 | $255.56 | 915,121 |
| | 09/18/2023 | $255.56 | 916,620 | | 10/16/2023 | $251.47 | 918,089 |
| | 11/13/2023 | $251.46 | 919,532 | | 12/11/2023 | $298.10 | 920,929 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,367.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 9,792.20 | 100.00% | 9,792.20 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | FIRST AMERICAN ACCEPTANCE CO LLC | SECURED | 7,645.11 | 100.00% | 2,235.16 | 5,409.95 |
| 0020 | GREAT SENECA FINANCIAL CORP. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | HARVEST CREDIT MANAGEMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | HARVEST CREDIT MANAGEMENT VII LL( | SECURED | 7,940.82 | 100.00% | 1,428.92 | 6,511.90 |
| 0028 | IC SYSTEMS, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | JACKSON CAPITAL INC. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | MIDNIGHT VELVET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | MONOGRAM CREDIT CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | PALISADES COLLECTION | SECURED | 9,346.94 | 100.00% | 2,732.72 | 6,614.22 |
| 0058 | PORTFOLIO RECOVERY ASSOCIATES, LL( | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0062 | SEVENTH AVE/SWISS COLONY INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0067 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0073 | WELLS FARGO BANK NA | UNSECURED | 2,017.85 | 100.00% | 0.00 | 2,017.85 |
| 0075 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0076 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-11992**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0077 | DISCOVER BANK/DISCOVER FINANCIAL | SECURED | 12,097.52 | 100.00% | 3,536.90 | 8,560.62 |
| 0078 | LVNV FUNDING LLC | SECURED | 1,830.68 | 100.00% | 535.22 | 1,295.46 |
| 0079 | MIDNIGHT VELVET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0080 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0081 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0082 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0083 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0084 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0085 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0089 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0090 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 326.05 | 100.00% | 0.00 | 326.05 |
| 0091 | LVNV FUNDING LLC | SECURED | 1,224.89 | 100.00% | 358.11 | 866.78 |
| 0092 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0093 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.00 | 100.00% | 0.00 | 20.00 |
| 0094 | MIDFIRST BANK | (NEW) MTG Agree | 950.00 | 100.00% | 277.75 | 672.25 |

**Total Paid: $22,264.57**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $21,760.00    -    Paid to Claims: $11,104.78    -    Admin Costs Paid: $11,159.79    =    Funds on Hand: $695.43

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.