| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey  07601<br>Tel.: 201-673-5777<br><br>Virginia E. Fortunato, Esq. - VEF-0787<br>Attorney for Debtor, Sylvia Collymore |

| In Re: | Case No.: | 22-11992/VFP |
|---|---|---|
| SYLVIA COLLLYMORE, | Judge: | Vincent F. Papalia |
| Debtor. | Chapter: | 13 |

## CHAPTER 13 ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor(s), through their counsel, in this case opposes the following (**choose one**):

1. ☒ Motion for Relief from the Automatic Stay filed by _____Midfirst Bank_____, creditor,

   A hearing has been scheduled for _____March 7, 2024_____, at 10:00 a.m.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I have been advised by the debtor's non-filing spouse that the mortgage arrears will be cured by February 29, 2024.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: January 30, 2024

/s/ Virginia E. Fortunato, Esq.
Attorney for Debtors

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*