Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 22−11992−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sylvia Collymore
   aka Sylvia Tulloch, aka Sylvia A
   Collymore, aka Sylvia A Tulloch, aka
   Sylvia T Collymore
   36 Dodd Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−5279

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/25 at 10:00 AM

to consider and act upon the following:

*83* − Creditor's Certification of Default (related document:81 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 12/16/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*84* − Certification in Opposition to (related document:83 Creditor's Certification of Default (related document:81 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 12/16/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Virginia E. Fortunato on behalf of Sylvia Collymore. (Fortunato, Virginia)

Dated: 12/16/24

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court