VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601

Re:  SYLVIA COLLYMORE
     36 DODD STREET
     EAST ORANGE,  NJ  07017

Atty:  VIRGINIA E FORTUNATO LLC
       ONE KINDERKAMACK ROAD
       HACKENSACK, NJ  07601

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 22-11992

### RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/27/2022 | $520.00 | | 05/27/2022 | $520.00 | |
| 06/28/2022 | $520.00 | | 08/01/2022 | $1,100.00 | |
| 09/01/2022 | $1,100.00 | | 10/03/2022 | $1,100.00 | |
| 10/24/2022 | $1,500.00 | 1646722902 | 11/01/2022 | $1,100.00 | |
| 12/02/2022 | $1,100.00 | | 02/01/2023 | $1,200.00 | |
| 03/06/2023 | $1,200.00 | | 04/03/2023 | $1,200.00 | |
| 05/02/2023 | $1,200.00 | | 06/02/2023 | $1,200.00 | |
| 07/03/2023 | $1,200.00 | | 08/01/2023 | $1,200.00 | |
| 09/01/2023 | $1,200.00 | | 10/02/2023 | $1,200.00 | |
| 11/01/2023 | $1,200.00 | | 12/04/2023 | $1,200.00 | |
| 01/03/2024 | $1,200.00 | | 02/01/2024 | $1,200.00 | |
| 03/04/2024 | $1,200.00 | | 04/01/2024 | $1,200.00 | |
| 05/02/2024 | $1,200.00 | | 06/04/2024 | $1,200.00 | |
| 07/02/2024 | $1,200.00 | | 08/01/2024 | $1,200.00 | |
| 09/03/2024 | $1,200.00 | | 10/02/2024 | $1,200.00 | |
| 11/01/2024 | $1,200.00 | | 12/03/2024 | $1,200.00 | |
| 01/03/2025 | $1,200.00 | | 02/03/2025 | $1,200.00 | |
| 03/04/2025 | $1,200.00 | | 04/01/2025 | $1,200.00 | |
| 05/02/2025 | $1,200.00 | | 06/03/2025 | $1,200.00 | |
| 07/02/2025 | $1,200.00 | | 08/01/2025 | $1,200.00 | |
| 09/02/2025 | $1,200.00 | | 10/02/2025 | $1,200.00 | |
| 11/03/2025 | $1,200.00 | | 12/03/2025 | $1,200.00 | |

**Total Receipts:  $50,560.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $50,560.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK/DISCOVER FINANCIAL SERVICES | | | | | | |
| | 03/13/2023 | $188.73 | 906,848 | 04/17/2023 | $334.31 | 908,423 |
| | 05/15/2023 | $330.77 | 910,046 | 06/12/2023 | $330.77 | 911,501 |

**Chapter 13 Case # 22-11992**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/17/2023 | $330.77 | 913,014 | | 08/14/2023 | $330.77 | 914,531 |
| | 09/18/2023 | $330.77 | 916,016 | | 10/16/2023 | $325.47 | 917,518 |
| | 11/13/2023 | $325.46 | 918,934 | | 12/11/2023 | $385.82 | 920,358 |
| | 01/08/2024 | $323.26 | 921,747 | | 02/12/2024 | $323.27 | 923,086 |
| | 03/11/2024 | $323.26 | 924,544 | | 04/15/2024 | $316.26 | 925,965 |
| | 05/10/2024 | $316.26 | 927,456 | | 06/17/2024 | $316.26 | 928,836 |
| | 07/15/2024 | $326.57 | 930,321 | | 08/19/2024 | $326.57 | 931,716 |
| | 09/16/2024 | $326.57 | 933,196 | | 10/21/2024 | $323.13 | 934,558 |
| | 11/18/2024 | $323.13 | 936,043 | | 12/16/2024 | $323.13 | 937,422 |
| | 01/13/2025 | $323.13 | 938,841 | | 02/10/2025 | $323.13 | 940,226 |
| | 03/17/2025 | $323.13 | 941,577 | | 04/14/2025 | $323.14 | 943,045 |
| | 05/12/2025 | $326.57 | 944,460 | | 06/16/2025 | $326.57 | 945,864 |
| | 07/14/2025 | $326.57 | 947,318 | | 08/18/2025 | $326.57 | 948,737 |
| | 09/16/2025 | $326.56 | 950,015 | | 10/20/2025 | $323.14 | 951,438 |
| | 11/17/2025 | $323.13 | 952,909 | | 12/15/2025 | $323.13 | 954,310 |
| FIRST AMERICAN ACCEPTANCE CO LLC | | | | | | | |
| | 03/13/2023 | $119.27 | 906,836 | | 04/17/2023 | $211.27 | 908,408 |
| | 05/15/2023 | $209.03 | 910,036 | | 06/12/2023 | $209.03 | 911,490 |
| | 07/17/2023 | $209.03 | 913,001 | | 08/14/2023 | $209.03 | 914,518 |
| | 09/18/2023 | $209.03 | 916,001 | | 10/16/2023 | $205.68 | 917,505 |
| | 11/13/2023 | $205.68 | 918,924 | | 12/11/2023 | $243.82 | 920,349 |
| | 01/08/2024 | $204.29 | 921,737 | | 02/12/2024 | $204.29 | 923,077 |
| | 03/11/2024 | $204.29 | 924,536 | | 04/15/2024 | $199.86 | 925,954 |
| | 05/10/2024 | $199.86 | 927,443 | | 06/17/2024 | $199.86 | 928,823 |
| | 07/15/2024 | $206.38 | 930,310 | | 08/19/2024 | $206.38 | 931,702 |
| | 09/16/2024 | $206.38 | 933,181 | | 10/21/2024 | $204.20 | 934,543 |
| | 11/18/2024 | $204.21 | 936,028 | | 12/16/2024 | $204.21 | 937,408 |
| | 01/13/2025 | $204.21 | 938,827 | | 02/10/2025 | $204.21 | 940,214 |
| | 03/17/2025 | $204.20 | 941,561 | | 04/14/2025 | $204.21 | 943,032 |
| | 05/12/2025 | $206.38 | 944,447 | | 06/16/2025 | $206.38 | 945,853 |
| | 07/14/2025 | $206.38 | 947,306 | | 08/18/2025 | $206.38 | 948,726 |
| | 09/16/2025 | $206.37 | 950,001 | | 10/20/2025 | $204.21 | 951,423 |
| | 11/17/2025 | $204.20 | 952,896 | | 12/15/2025 | $204.21 | 954,297 |
| HARVEST CREDIT MANAGEMENT VII LLC | | | | | | | |
| | 03/13/2023 | $123.88 | 906,851 | | 04/17/2023 | $219.44 | 908,426 |
| | 05/15/2023 | $217.12 | 910,049 | | 06/12/2023 | $217.12 | 911,504 |
| | 07/17/2023 | $217.12 | 913,017 | | 07/19/2023 | ($217.12) | 911,504 |
| | 08/14/2023 | $434.24 | 914,534 | | 09/18/2023 | $217.12 | 916,019 |
| | 10/16/2023 | $213.64 | 917,521 | | 11/13/2023 | $213.63 | 918,936 |
| | 11/15/2023 | ($213.64) | 917,521 | | 12/06/2023 | ($213.63) | 918,936 |

**Chapter 13 Case # 22-11992**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 03/13/2023 | $28.56 | 907,272 | | 03/13/2023 | $19.11 | 907,272 |
| | 04/17/2023 | $50.59 | 908,885 | | 04/17/2023 | $33.85 | 908,885 |
| | 05/15/2023 | $50.05 | 910,467 | | 05/15/2023 | $33.49 | 910,467 |
| | 06/12/2023 | $50.05 | 911,947 | | 06/12/2023 | $33.49 | 911,947 |
| | 07/17/2023 | $50.05 | 913,469 | | 07/17/2023 | $33.49 | 913,469 |
| | 08/14/2023 | $50.06 | 914,984 | | 08/14/2023 | $33.49 | 914,984 |
| | 09/18/2023 | $50.05 | 916,481 | | 09/18/2023 | $33.49 | 916,481 |
| | 10/16/2023 | $49.25 | 917,954 | | 10/16/2023 | $32.95 | 917,954 |
| | 11/13/2023 | $49.25 | 919,401 | | 11/13/2023 | $32.95 | 919,401 |
| | 12/11/2023 | $58.39 | 920,797 | | 12/11/2023 | $39.07 | 920,797 |
| | 01/08/2024 | $48.92 | 922,185 | | 01/08/2024 | $32.73 | 922,185 |
| | 02/12/2024 | $48.92 | 923,558 | | 02/12/2024 | $32.73 | 923,558 |
| | 03/11/2024 | $48.92 | 924,992 | | 03/11/2024 | $32.73 | 924,992 |
| | 04/15/2024 | $47.86 | 926,454 | | 04/15/2024 | $32.02 | 926,454 |
| | 05/10/2024 | $47.86 | 927,894 | | 05/10/2024 | $32.02 | 927,894 |
| | 06/17/2024 | $47.86 | 929,338 | | 06/17/2024 | $32.02 | 929,338 |
| | 07/15/2024 | $49.42 | 930,779 | | 07/15/2024 | $33.07 | 930,779 |
| | 08/19/2024 | $49.42 | 932,225 | | 08/19/2024 | $33.07 | 932,225 |
| | 09/16/2024 | $49.42 | 933,650 | | 09/16/2024 | $33.07 | 933,650 |
| | 10/21/2024 | $48.90 | 935,086 | | 10/21/2024 | $32.72 | 935,086 |
| | 11/18/2024 | $48.90 | 936,544 | | 11/18/2024 | $32.72 | 936,544 |
| | 12/16/2024 | $48.90 | 937,934 | | 12/16/2024 | $32.72 | 937,934 |
| | 01/13/2025 | $48.90 | 939,362 | | 01/13/2025 | $32.72 | 939,362 |
| | 02/10/2025 | $48.90 | 940,710 | | 02/10/2025 | $32.72 | 940,710 |
| | 03/17/2025 | $48.90 | 942,122 | | 03/17/2025 | $32.72 | 942,122 |
| | 04/14/2025 | $48.90 | 943,563 | | 04/14/2025 | $32.72 | 943,563 |
| | 05/12/2025 | $49.42 | 945,015 | | 05/12/2025 | $33.06 | 945,015 |
| | 06/16/2025 | $49.42 | 946,428 | | 06/16/2025 | $33.06 | 946,428 |
| | 07/14/2025 | $49.42 | 947,886 | | 07/14/2025 | $33.06 | 947,886 |
| | 08/18/2025 | $49.42 | 949,241 | | 08/18/2025 | $33.07 | 949,241 |
| | 09/16/2025 | $49.42 | 950,583 | | 09/16/2025 | $33.06 | 950,583 |
| | 10/20/2025 | $48.90 | 952,038 | | 10/20/2025 | $32.72 | 952,038 |
| | 11/17/2025 | $48.89 | 953,494 | | 11/17/2025 | $32.72 | 953,494 |
| | 12/15/2025 | $48.90 | 954,902 | | 12/15/2025 | $32.72 | 954,902 |
| MIDFIRST BANK | | | | | | | |
| | 03/13/2023 | $14.82 | 907,304 | | 04/17/2023 | $26.25 | 908,918 |
| | 05/15/2023 | $25.97 | 910,495 | | 06/12/2023 | $25.98 | 911,975 |
| | 07/17/2023 | $25.97 | 913,500 | | 08/14/2023 | $25.98 | 915,018 |
| | 09/18/2023 | $25.97 | 916,514 | | 10/16/2023 | $25.56 | 917,987 |
| | 11/13/2023 | $25.56 | 919,433 | | 12/11/2023 | $30.30 | 920,831 |
| | 01/08/2024 | $25.39 | 922,211 | | 02/12/2024 | $25.39 | 923,591 |
| | 03/11/2024 | $25.39 | 925,024 | | 04/15/2024 | $48.77 | 926,485 |
| | 05/10/2024 | $48.77 | 927,919 | | 06/17/2024 | $48.77 | 929,370 |
| | 07/15/2024 | $50.36 | 930,803 | | 08/19/2024 | $50.36 | 932,256 |
| | 09/16/2024 | $50.36 | 933,679 | | 10/21/2024 | $49.83 | 935,120 |
| | 11/18/2024 | $49.83 | 936,572 | | 12/16/2024 | $49.83 | 937,963 |
| | 01/13/2025 | $49.83 | 939,387 | | 02/10/2025 | $49.83 | 940,734 |
| | 03/17/2025 | $49.83 | 942,154 | | 04/14/2025 | $49.83 | 943,587 |
| | 05/12/2025 | $50.36 | 945,042 | | 06/16/2025 | $50.36 | 946,463 |
| | 07/14/2025 | $50.36 | 947,914 | | 08/18/2025 | $50.37 | 949,267 |
| | 09/16/2025 | $50.36 | 950,611 | | 10/20/2025 | $49.84 | 952,067 |
| | 11/17/2025 | $49.83 | 953,513 | | 12/15/2025 | $49.84 | 954,924 |

**Chapter 13 Case # 22-11992**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PALISADES COLLECTION | | | | | | | |
| | 03/13/2023 | $145.82 | 907,420 | | 04/17/2023 | $258.30 | 909,040 |
| | 05/15/2023 | $255.56 | 910,606 | | 06/12/2023 | $255.57 | 912,097 |
| | 07/17/2023 | $255.56 | 913,610 | | 08/14/2023 | $255.56 | 915,121 |
| | 09/18/2023 | $255.56 | 916,620 | | 10/16/2023 | $251.47 | 918,089 |
| | 11/13/2023 | $251.46 | 919,532 | | 12/11/2023 | $298.10 | 920,929 |
| | 01/08/2024 | $249.76 | 922,302 | | 02/12/2024 | $249.77 | 923,689 |
| | 03/11/2024 | $249.76 | 925,125 | | 04/15/2024 | $244.35 | 926,594 |
| | 05/10/2024 | $244.35 | 928,020 | | 06/17/2024 | $244.35 | 929,481 |
| | 07/15/2024 | $252.32 | 930,898 | | 08/19/2024 | $252.32 | 932,356 |
| | 09/16/2024 | $252.32 | 933,763 | | 10/21/2024 | $249.66 | 935,210 |
| | 11/18/2024 | $249.66 | 936,652 | | 12/16/2024 | $249.66 | 938,051 |
| | 01/13/2025 | $249.66 | 939,475 | | 02/10/2025 | $249.66 | 940,828 |
| | 03/17/2025 | $249.66 | 942,248 | | 04/14/2025 | $249.67 | 943,692 |
| | 05/12/2025 | $252.32 | 945,132 | | 06/16/2025 | $252.32 | 946,565 |
| | 07/14/2025 | $252.32 | 948,007 | | 08/18/2025 | $252.32 | 949,352 |
| | 09/16/2025 | $252.32 | 950,700 | | 10/20/2025 | $249.66 | 952,160 |
| | 11/17/2025 | $249.66 | 953,608 | | 12/15/2025 | $249.67 | 955,013 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,047.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 9,792.20 | 100.00% | 9,792.20 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | FIRST AMERICAN ACCEPTANCE CO LLC | SECURED | 7,645.11 | 100.00% | 6,936.42 | 708.69 |
| 0020 | GREAT SENECA FINANCIAL CORP. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | HARVEST CREDIT MANAGEMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | HARVEST CREDIT MANAGEMENT VII LLC | SECURED | 7,940.82 | 100.00% | 1,428.92 | 6,511.90 |
| 0028 | IC SYSTEMS, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | JACKSON CAPITAL INC. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | MIDNIGHT VELVET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | MONOGRAM CREDIT CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | PALISADES COLLECTION | SECURED | 9,346.94 | 100.00% | 8,480.48 | 866.46 |
| 0058 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0062 | SEVENTH AVE/SWISS COLONY INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0067 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0073 | WELLS FARGO BANK NA | UNSECURED | 2,017.85 | 100.00% | 0.00 | 2,017.85 |
| 0075 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0076 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0077 | DISCOVER BANK/DISCOVER FINANCIAL | SECURED | 12,097.52 | 100.00% | 10,976.08 | 1,121.44 |
| 0078 | LVNV FUNDING LLC | SECURED | 1,830.68 | 100.00% | 1,660.99 | 169.69 |
| 0079 | MIDNIGHT VELVET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0080 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0081 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0082 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0083 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0084 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0085 | PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0089 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0090 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 326.05 | 100.00% | 0.00 | 326.05 |
| 0091 | LVNV FUNDING LLC | SECURED | 1,224.89 | 100.00% | 1,111.35 | 113.54 |
| 0092 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-11992**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0093 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.00 | 100.00% | 0.00 | 20.00 |
| 0094 | MIDFIRST BANK | (NEW) MTG Agree | 1,549.00 | 100.00% | 1,376.05 | 172.95 |

**Total Paid: $44,810.08**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $50,560.00       -       Paid to Claims: $31,970.29       -       Admin Costs Paid: $12,839.79   =   Funds on Hand: $5,749.92

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.