UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**VIRGINIA E. FORTUNATO, LLC**
One Kinderkamack Road
Hackensack, New Jersey   07601
Tel.: 201-673-5777

Virginia E. Fortunato, Esq. - VEF-0787
Attorney for Debtor, Sylvia Collymore

| | |
|---|---|
| In Re: | Case No.: _____22-11992/VFP_____ |
| SYLVIA COLLLYMORE, | Judge: _____Vincent F. Papalia_____ |
| Debtor. | Chapter:               13 |

## CHAPTER 13 ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor(s), through their counsel, in this case opposes the following **(choose one)**:

1.      ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____.


☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☒ Certification of Default filed by _____MidFirst Bank_____,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ **Other (explain your answer)**:

The Debtor is requesting a payment history.  She admits to owing two payments
including March 2026.  The third missing payment is in dispute as she is unable
to match her payments based on the payment history form filed in support of the
Certification of Default.  She will request proof of all payment from January 2025
through the present from her bank. A hearing is hereby requested.

3.    This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: <u>March 17, 2026</u>                     /s/ Virginia E. Fortunato, Esq.
                                             Attorney for Debtors

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
      13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
      opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
      Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
      Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
      Default.

*rev.8/1/15*