Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22–11992–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sylvia Collymore
aka Sylvia Tulloch, aka Sylvia A
Collymore, aka Sylvia A Tulloch, aka
Sylvia T Collymore
36 Dodd Street
East Orange, NJ 07017

Social Security No.:
xxx–xx–5279

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/16/26 at 10:00 AM

to consider and act upon the following:

**92** – Creditor's Certification of Default (related document:88 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 03/26/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**93** – Certification in Opposition to Creditor's Certification of Default (related document:92 Creditor's Certification of Default (related document:88 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 03/26/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Virginia E. Fortunato on behalf of Sylvia Collymore. (Fortunato, Virginia)

Dated: 3/18/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court