UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for MIDFIRST BANK

In Re:

  Sylvia Collymore aka Sylvia Tulloch aka
  Sylvia A Collymore aka Sylvia T
  Collymore aka Sylvia A Tulloch
                    Debtor
  Louis J Collymore
                    Co-Debtor

Case No.:     22-11992 VFP

Chapter:      13

Hearing Date: April 16, 2026

Judge:        Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☐ Settled  ■ Withdrawn

Matter: Creditor's Certification of Default, document number 92.

Date: April 15, 2026                    /s/ Matthew Fissel, Esq.
                                        Signature

*rev. 8/1/15*