UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq.
Attorney for Debtor, Sylvia Collymore

In Re:

SYLVIA COLLYMORE, a/k/a SYLVIA A. COLLLYMORE, a/k/a SYLVIA ALEXIS COLLYMORE, a/k/a SYLVIA TULLOCH

Debtor.

| | |
|---|---|
| Case No.: | 22-11992/VFP |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | October 15, 2026 |
| Judge: | Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Virginia E. Fortunato, Esq. :

☑ represent the debtor in the above-captioned matter.

☐ am the secretary/paralegal for ____________________, who represents the ________________ in the above captioned matter.

☐ am the ______________________ in the above case and am representing myself.

2. On August 13, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

(a) Notice of Motion for Entry of Order Declaring the Lien of Harvest Credit Management a/k/a Harvest Credit Management VII Satisfied Pursuant to Fed. Bankr. P. 5009(d); (b) Attorney's Certification in Support of Motion; and (c) proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 13, 2026

/s/ Virginia E. Fortunato, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07101 | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other ____________<br>(as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other ____________<br>(as authorized by the court *) |
| Ms. Sylvia Collymore<br>36 Dodd Street<br>East Orange, New Jersey 07017 | Debtor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>☑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ____________<br>(as authorized by the court *) |
| Harvest Credit Management VII<br>c/o Lyons Doughty & Velhuis<br>5 Greentree Centre<br>525 Route 73 North - Suite 400<br>Marlton, New Jersey 08053 | State Court Attorneys for Harvest Credit Management VII, secured creditor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ____________<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Harvest Credit Management VII<br>c/o David Inverness Drive W<br>Suite 200<br>Englewood, Colorado 80114 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____________<br>(as authorized by the court *) |
| Harvest Credit Management VII<br>c/o National Registered Agent, Inc.<br>820 Bear Tavern Road<br>West Trenton, New Jersey 08628 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ____________<br>(as authorized by the court *) |