UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777

Virginia E. Fortunato, Esq.
Attorneys for Debtor, Sylvia Collymore

In Re:

SYLVIA COLLYMORE,

Debtor

| | |
|---|---|
| Case No.: | 22-11992/VFP |
| Chapter: | 13 |
| Hearing Date: | October 15, 2026 |
| Judge: | Vincent F. Papalia |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: The debtor is withdrawing her Certificate of Service,Docket No. 103, as there was a typographical error in the address for one of the secured creditors.

Date: August 13, 2026

/s/ Virginia E. Fortunato
Signature

rev.8/1/15