UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Sylvia Collymore, a/k/a Sylvia A. Collymore, a/k/a Sylvia Alexis Collymore, a/k/a Sylvia Tulloch

CASE NO: 22-11992

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 99
Judge: Vincent F. Papalia
Hearing Location: 3B
Hearing Date: October 15, 2026
Hearing Time: 10:00AM

---

On 8/13/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Order Declaing the Lien of Discover Bank by its Servicing Agent, Discover Fianancial Services, Inc. d/b/a Discover Card Satisfied Pursuant to Fed. R. Bankr. P. 5009(d). ECF Docket Reference No. 99

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/13/2026

<u>/s/ VIRGINIA E. FORTUNATO</u>
VIRGINIA E. FORTUNATO
Attorney for Debtor

Virginia E. Fortunato, LLC
One Kinderkamack Road
Hackensack, NJ 07601
201-673-5777
fortunatoesq@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Sylvia Collymore, a/k/a Sylvia A. Collymore, a/k/a Sylvia Alexis Collymore, a/k/a Sylvia Tulloch

CASE NO: 22-11992

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 99
Judge: Vincent F. Papalia
Hearing Location: 3B
Hearing Date: October 15, 2026
Hearing Time: 10:00AM

On 8/13/2026, a copy of the following documents, described below,

Motion for Entry of Order Declaing the Lien of Discover Bank by its Servicing Agent, Discover Fianancial Services, Inc. d/b/a Discover Card Satisfied Pursuant to Fed. R. Bankr. P. 5009(d). ECF Docket Reference No. 99

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/13/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
VIRGINIA E. FORTUNATO
Virginia E. Fortunato, LLC
One Kinderkamack Road
Hackensack, NJ 07601

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CERTIFIED 9589071052704121304990

SELIP & STYLIANO, LLP
199 CROSSWAY PARK
WOODBURY, NEW YORK 11797

CERTIFIED 9589071052704121304976

CAPITAL ONE BANK
SUCCESSOR IN INTEREST TO DISCOVER BANK
ATTN: RICHARD FAIRBANK, PRESIDENT
1680 CAPITAL ONE DRIVE
MCLEAN, VIRGINIA 22102

CERTIFIED 9589071052704121304983

DISCOVER FINANCIAL SERVICES
DISCOVER CARD
2500 LAKE COOK ROAD
RIVERWOODS, ILLINOIS 60015

SELIP & STYLIANO, LLP
199 CROSSWAY PARK
WOODBURY, NEW YORK 11797

CAPITAL ONE BANK
SUCCESSOR IN INTEREST TO DISCOVER BANK
ATTN: RICHARD FAIRBANK, PRESIDENT
1680 CAPITAL ONE DRIVE
MCLEAN, VIRGINIA 22102

DISCOVER FINANCIAL SERVICES
DISCOVER CARD
2500 LAKE COOK ROAD
RIVERWOODS, ILLINOIS 60015