UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel.: 201-673-5777

Virginia E. Fortunato, Esq.
Attorney for Debtor, Sylvia Collymore

| | |
|---|---|
| In Re:<br><br>SYLVIA COLLLYMORE,<br><br>Debtor. | Case No.: 22-11992/VFP<br><br>Judge: Vincent F. Papalia<br><br>Chapter: 13 |

**CHAPTER 13 ATTORNEY'S CERTIFICATION IN OPPOSITION**

The debtor(s), through their counsel, in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by ______________________________ , creditor,

   A hearing has been scheduled for ____________________________, at __________.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for ____________________________, at ___________.

   ☒ Certification of Default filed by MidFirst Bank,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ ___________________, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

The Debtor admits that there are arrears. A cure payment shall be made in full on August 28, 2026. She hereby requests a payment history including any fees and costs as the non-filing spouse was advised that there were fees/costs outstanding. Once current the debtor would also like to do a consent order agreeing the mortgage is current.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: August 20, 2026

/s/ Virginia E. Fortunato, Esq.
Attorney for Debtors

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.