Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 22−11992−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sylvia Collymore
aka Sylvia Tulloch, aka Sylvia A
Collymore, aka Sylvia A Tulloch, aka
Sylvia T Collymore
36 Dodd Street
East Orange, NJ 07017

Social Security No.:
xxx−xx−5279

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/17/26 at 10:00 AM

to consider and act upon the following:

***108*** − Creditor's Certification of Default (related document:88 Order (Generic)) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 09/3/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Fissel, Matthew)

***109*** − Certification in Opposition to (related document:108 Creditor's Certification of Default (related document:88 Order (Generic)) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 09/3/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Virginia E. Fortunato on behalf of Sylvia Collymore. (Fortunato, Virginia)

Dated: 8/21/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court