Order Filed on October 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2©**

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, New Jersey 07601
201-673-5777

Virginia E. Fortunato, Esq.
*Attorney for Debtor, Sylvia Collymore*, a/ka Sylvia A. Collymore, a/k/a Sylvia Alexis Collymore, a/k/a Sylvia Tullock

In Re:

**SYLVIA COLLYMORE, a/k/a SYLVIA A. COLLYMORE, a/k/a SYLVIA ALEXIS COLLYMORE, a/k/a SYLVIA TULLOCH,**

Debtor.

Case No. 22-11992/VFP

Chapter: 13

Hearing Date: October 15, 2026

Judge: Vincent F. Papalia

**ORDER ON MOTION DECLARING THE LIEN OF HARVEST CREDIT MANAGEMENT a/k/a HARVEST CREDIT MANAGEMENT VII SATISFIED PURSUANT TO FED. R. BANKR. P. 5009(d)**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 16, 2026**

Vincent F. Papalia
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page:** 2
**Debtors:** Sylvia Collymore, a/k/a Sylvia A. Collymore, a/k/a Sylvia Alexis Collymore, a/k/a Sylvia Tulloch
**Case No.:** 22-11992/VFP - Chapter 13
**Caption:** Order on Motion Declaring the Lien of Harvest Credit Management a/k/a Harvest Credit Management VII Satisfied Pursuant to Fed. R. Bank. P. 5009(d).

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtor, Sylvia Collymore, on a Motion for Entry of Order Declaring the Lien of Harvest Credit Management a/k/a Harvest Credit Management VII Satisfied Pursuant to Fed. R. Bank. P. 5009(d);

**IT IS HEREBY,**

**ORDERED,** that the following judgment is cancelled and released:

(A) **Harvest Credit Management a/k/a Harvest Credit Management VII**
Docket No: ESX-DC-015329-07.
Judgment No: DJ-300972-7 and also docketed as DJ-300972-07.

and it is further:

**ORDERED,** that the Debtor may immediately record this Order releasing and cancelling with the Clerk of the Superior Court of New Jersey.